UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DOMINO'S PIZZA FRANCHISING LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> MARK J. ROMANINI, an individual citizen of Indiana; IRONMAN PIZZA, LLC, an Indiana limited liability company, <br><br> Defendants. | FILE NO: 2:12-CV-10033-RHC-DRC <br><br> JUDGE: HONORABLE ROBERT H. CLELAND <br><br><br><br><br> **PLAINTIFF'S ORDER FOR FINAL JUDGMENT** |

_____

This matter came before the Court on the motion of Plaintiff Domino's Pizza Franchising LLC for the entry of final judgment. The Court has carefully reviewed the motion and the entire court file and is fully advised in the premises.

The Clerk's Entry of Default filed March 16, 2012, states that "The default of the party named above for failure to plead or otherwise defend is entered." Domino's now has submitted its Motion for Entry of Final Judgment, supported by sworn affidavits and attachments showing the amount of damages, as well as attorneys' fees and costs incurred by Domino's.

Plaintiff is entitled to entry of judgment in the amounts and other relief sought. Accordingly, after due consideration, it is:

**ORDERED AND ADJUDGED** as follows:

1. The Court hereby GRANTS Plaintiff's Motion for Entry of Final Judgment.

2. Judgment shall be and the same hereby is ENTERED in favor of Domino's Pizza Franchising LLC and against Defendants Mark J. Romanini and Ironman Pizza LLC, in the amount of $215,256.78, which includes past due and future amounts owed, attorneys' fees, and costs.

SO ORDERED.


Dated: May 18, 2012.                    s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT COURT JUDGE


GP:3141859 v1